Class "A" Misdemeanor

AO91 (Rev. 12/03) Criminal Complaint     AUSA

United States District Court
Southern District of Texas
FILED

DEC 2 0 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | CRIMINAL COMPLAINT |
| Minerva AMADOR<br>A215 949 265  Honduras | Case Number: B-19- MJ-1310 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **December 18, 2019** in **Cameron** County, in the **Southern District Of Texas** defendant(s) did willfully, knowingly and in violation of law did not enter the United States at a border designated crossing point, immediately report her arrival, and present herself and all articles accompanying her for inspection to a Customs and Border Protection Officer at a Customs and Border Protection facility designated for that crossing point.

in violation of Title **19** United States Code, Section(s) **1459(a)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on December 18, 2019. The defendant is a citizen of the United States who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on December 18, 2019 thus avoiding immigration inspection by Customs and Border Protection Officials.

The defendant had $40 Mexican pesos in her possession at the time of her arrest.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Peterson, Clayton E.     Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 20, 2019                                    at    Brownsville, Texas
Date                                                                 City/State

Ronald G. Morgan         U.S. Magistrate Judge
Name of Judge                  Title of Judge                  Signature of Judge